THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The Fenollol
 Group, Inc., Respondent,
 v.
 Beasley Jo
 Banister and Samuel Banister d/b/a Hilltop Diner, Appellants.
 
 
 

Appeal From Fairfield County
Brooks P. Goldsmith, Circuit Court Judge
Unpublished Opinion No. 2010-UP-535
Submitted December 1, 2010  Filed
 December 14, 2010
AFFIRMED

 
 
 
 Creighton B. Coleman, of Winnsboro, for Appellants.
 William Lee Duda, of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Appellants appeals from the trial court's grant of a temporary injunction.   We
 affirm pursuant to Rule 220(b)(1), SCACR, and the following authority:  S.C. Dep't of Transp. v. First Carolina Corp. of S.C., 372 S.C. 295,301-02, 641 S.E.2d 903, 907 (2007)
 (issues not raised to and ruled upon by the trial court will not be considered
 on appeal).  
AFFIRMED.[1]
THOMAS,
 PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.